**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6249**

VONCILLE O. STUKES,

                Plaintiff - Appellant,

        v.

MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland
Security,

                Defendant – Appellee,

        and

RICHARD H. GOTTLIEB, Officer In Charge; JUDY T. FERGUSON,
Supervisor Immigration Officer; ROSEMARY L. MELVILLE,
District Director,

                Defendants.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Martin K. Reidinger,
District Judge. (3:06-cv-00316-MR-CH)

Submitted: September 10, 2009        Decided: October 1, 2009

Before MICHAEL, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Voncille O. Stukes, Appellant Pro Se. Paul Bradford Taylor,
OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Voncille O. Stukes appeals the district court's orders granting summary judgment in favor of the Appellee on Stukes' claims of race and disability discrimination and retaliation, and denying reconsideration of that order. With respect to the district court's order denying reconsideration, Stukes has failed to challenge that order on appeal and, therefore, has forfeited appellate review of that order. See 4th Cir. R. 34(b). With respect to the district court's order granting summary judgment in favor of the Appellee, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stukes v. Chertoff, No. 3:06-cv-00316-MR-CH (W.D.N.C. Dec. 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3